**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE:**

**CUT THROUGH HYDROCARBONS, LLC** — **CASE NO. 18-70668**
**DEBTOR** — **CHAPTER 7**

**CERTIFICATION**

I hereby certify that a true and correct copy of the Order Granting Motion to Pay into Registry dated June 30, 2026 has been sent on this 2nd day of July 2026 by either regular U. S. Mail postage prepaid or via electronic filing to the following:

Office of the U.S. Trustee
Ustpregion08.lx.ecf@usdoj.gov

Noah R. Friend
Noah R. Friend Law Firm, Pllc
P.O. Box 341
Versailles, KY 40383

EQT Production Company
625 Liberty Ave. ite
Pittsburg, PA 15222

/s/ L. Craig Kendrick
L. Craig Kendrick
7000 Houston Rd., Bldg. 300, Ste. 25
Florence, Kentucky 41042
(859) 371-4321